# UNITED STATES DISTRICT COURT
## for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Brandon Kendale Dudley | ) |
| | ) |

Case No: 7:18-CR-182-M-1

USM No: 65602-056

Date of Original Judgment: 02/12/2020

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*

Alan DuBois, Federal Public Defender

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑DENIED.  ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    2/12/2020    shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  8|29|2025

*[signature]* Richard E Myers II

*Judge's signature*

Effective Date: _____

*(if different from order date)*

Richard E. Myers II, Chief U.S. District Judge

*Printed name and title*